USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/21/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SUN PHARMACEUTICAL INDUSTRIES, INC.,

Petitioner,

- against -

CIPHER PHARMACEUTICALS, INC.,

Respondent/Cross-Petitioner.

**25 Civ. 8353 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court directs Respondent and Cross Petitioner Cipher Pharmaceuticals, Inc. ("Cipher") to submit a proposed judgment calculating the amount of post-award, prejudgment interest in USD awarded by this Court in the Decision and Order dated August 20, 2026, (Dkt. No. 24), within two weeks of this Order.

**SO ORDERED.**

Dated: 21 August 2026
New York, New York

Victor Marrero
U.S.D.J.