USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SUN PHARMACEUTICAL INDUSTRIES, INC.,

Petitioner,

- against -

CIPHER PHARMACEUTICALS, INC.,

Respondent/Cross-Petitioner.

**25 Civ. 8353 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court directs Petitioner Sun Pharmaceutical Industries, Inc. to respond within ten (10) days of this Order to Cipher Pharmaceuticals, Inc.'s proposed judgment, (Dkt. No. 26), stating whether it has objections to any aspect of the proposed judgment.

**SO ORDERED.**

Dated: 8 September 2026
New York, New York

Victor Marrero
U.S.D.J.