USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUN PHARMACEUTICAL INDUSTRIES, INC.,<br>Petitioner,<br>v.<br>CIPHER PHARMACEUTICALS, INC.,<br>Respondent/Cross-Petitioner. | Case No. 1:25-cv-08353-VM<br><br>**JUDGMENT** |

**WHEREAS**, Petitioner Sun Pharmaceutical Industries, Inc. ("Sun") filed a petition on October 8, 2025 (the "Petition"), for an order to vacate in part the Final Arbitration Award dated August 20, 2025 (the "Award");

**WHEREAS**, Respondent/Cross-Petitioner ("Cipher") filed a Cross-Petition to Confirm the Award on November 10, 2025 (the "Cross-Petition");

**WHEREAS**, the Court has considered the Petition, the Cross-Petition, and the Award, and all submissions and arguments of the parties;

**WHEREAS**, by Order dated and filed on August 20, 2026 (Dkt. No. 24), the Court denied the Petition and granted the Cross-Petition (the "Order"); and

**WHEREAS**, by Order entered on August 21, 2026 (Dkt. No. 25), the Court directed Cipher to submit a proposed judgment calculating the amount of post-award, prejudgment interest in USD awarded by this Court in the Order;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

The Court awards post-award, prejudgment interest in the total amount of USD 471,582.89, which reflects interest at an annual rate of nine percent from the date of the Award (August 20, 2025) through the date of entry of judgment in this case (August 20, 2026), on the damages figure of CAD 4,242,360 and on the attorneys' fees and expenses associated with the arbitration of USD 2,171,671.45.

**SO ORDERED.**

Dated: September 29, 2026
New York, New York

**VICTOR MARRERO**
United States District Judge